IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EUGENE COLLINS                                                                                    PLAINTIFF

vs.                                         Civil No. 12-CV-6111

DR. LIGETT and
MANAGER LOCK                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 24, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Marschewski recommends that Plaintiff's Complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's Orders and has failed to prosecute this action. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge